AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Kansas

| | | |
|---|---|---|
| STANTON ROSS | ) | |
| *Plaintiff*(s) | ) | |
| v. | ) | Civil Action No.   11-2189-JAR |
| ENTERPRISE BANK & TRUST | ) | |
| *Defendant*(s) | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* ___ recover from the defendant *(name)* ___ the amount of ___ dollars ($___), which includes prejudgment interest at the rate of ___%, plus post judgment interest at the rate of ___%, along with costs.

☒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *Enterprise Bank & Trust* recover costs from the plaintiff *Stanton Ross.*

☐ other: ___.

This action was *(check one)*:

☐ tried by a jury with  U. S. District Court Judge  presiding, and the jury has rendered a verdict.

☐ tried by  U. S. District Court Judge  without a jury and the above decision was reached.

☒ decided by  U. S. District Court Judge  on a motion to dismiss.

Date:  May 26, 2011

*TIMOTHY M. O'BRIEN*
*CLERK OF COURT*

s/ Pamela S. Patton

*Signature of Clerk or Deputy Clerk*